INTER-MARITIME FORWARDING CO., INC., ET AL. *v.* UNITED STATES

No. 7123.—Invoice dated London, England, January 7, 1946, etc.
Certified January 8, 1946, etc.
Entered at New York, N. Y., February 8, 1946, etc.
Entry No. 738108, etc.

(Decided April 1, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

J. T. STEEB & CO., INC. *v.* UNITED STATES

No. 7124.—Invoice dated Birmingham, England, April 15, 1946.
Certified April 15, 1946.
Entered at Seattle, Wash., June 5, 1946.
Entry No. CE 1971.

(Decided on rehearing [Reap. Dec. 6482] April 2, 1947)

*Lawrence, Tuttle & Harper* (*Frank L. Lawrence* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was £107–0–0 each, less 20 per centum and 3¾ per centum, and plus £2–15–3 each for packing.
Judgment will be rendered accordingly.